In the Matter of the Accounting of BANKERS TRUST COMPANY, as Trustee under the Will of ISAAC B. HOSFORD, Deceased, Respondent. JAMES M. ENGLE et al., Appellants; PETER K. ENGLE et al., Respondents.

Submitted July 8, 1955; decided July 8, 1955.

Motion for reargument denied, with $10 costs and necessary printing disbursements.   [See 309 N. Y. 23.]

In the Matter of 116 EAST 57TH STREET, INC., Appellant.

Submitted July 8, 1955; decided July 8, 1955.

Motion for reargument denied, with $10 costs.   [See 308 N. Y. 1046.]